Brad Douglas - June 12, 2023                    14

1          Q.   Do you recognize that?

2          A.   I do.

3          Q.   What is Exhibit 1?

4          A.   This is an article that was in the

5    West Virginia Encyclopedia published at some point.

6          Q.   And you wrote that article, correct?

7          A.   I wrote some of this.  I did not write

8    this whole article.  This has been updated.

9          Q.   All right.  Can you tell me the portions

10   of that article that you did not write?

11         A.   I don't believe I wrote that last

12   paragraph.  That's been updated.

13         Q.   Does that begin --

14         A.   The State has continued to struggle.

15         Q.   So the one, two, three, four -- five

16   paragraphs prior to that, did you write that?

17         A.   Yes, sir.

18              Well, that last paragraph that -- well,

19   one, two, three, four -- fifth paragraph, I'm not

20   sure that I wrote that whole thing.  It states

21   dates in 2020.

22         Q.   Who else would have access to the

23   West Virginia Encyclopedia?

24              Is it kind of like a Wikipedia thing that

1        A.   Director of Research and Planning.

2        Q.   And I think that's how you are identified,

3   correct?

4        A.   Yes.

5        Q.   Director of Research and Planning for the

6   State Division of Corrections, right?

7        A.   That's correct.

8        Q.   And the recidivism rate was 26.8 percent

9   in 2004, fourth lowest amongst states, right?

10       A.   Yes.

11       Q.   And you say, I think that is a very

12   positive light.

13            So it was seven years prior the recidivism

14   rate and that was a positive as of May 2011,

15   correct?

16       A.   Correct.

17       Q.   Let's go down to the bottom part of the

18   article.  That doesn't mean there are no problems

19   in the State system.  Douglas said that

20   West Virginia has the nation's second fastest

21   growing prison population, increasing by 4 percent

22   annually.  Only Alaska is seeing a more rapid

23   climb.

24            Did I read that correctly?

Brad Douglas - June 12, 2023                    20

```
 1        A.   You did.
 2        Q.   Was that correct?
 3        A.   I believe that's accurate.
 4        Q.   So the State of West Virginia knew as
 5   early as 2011 that it had the second fastest
 6   climbing rising inmate population, correct?
 7        A.   Prison population.
 8        Q.   Prison population.
 9             And are you making a distinction there
10   between prison and other facilities?
11        A.   Yes, this was about prisons.
12        Q.   And in 2011 what prisons were there?
13        A.   I'm not sure I can name them all
14   accurately with a specific date like that.
15        Q.   How many were there?
16        A.   I'm not even sure.
17        Q.   Are you making a distinction between
18   prisons versus regional jails?
19        A.   Correct.
20        Q.   And in 2011 DOC ran prisons and maybe even
21   other facilities and Regional Jails ran regional
22   jails, correct?
23        A.   Correct.
24        Q.   Were the regional jails also trending
```

1  worse than it was in 2011, correct?

2       A.  Correct.

3                    (Exhibit No. 3 marked for

4              identification.)

5            THE WITNESS:  Okay.

6  BY MR. NEW:

7       Q.  All right.  This is a news article from

8  WCHS Tuesday, April 26, 2022.  Do you recall

9  testifying to the Oversight Committee on Regional

10 Jail and Correctional Center Authority on Tuesday,

11 April 26, 2022?

12      A.  I don't recall that one specifically, but

13 I did so pretty often.

14      Q.  And it says here that Senator Charles

15 Clements of Wetzel and Senator Jack Woodrum of

16 Summers were the two members present for your

17 presentation on that day, correct?

18      A.  Yes.

19      Q.  When you testify to a Committee at the

20 Legislature, do you do so under oath?

21      A.  I do.

22            Let me take that back.  I'm not so sure --

23 I'm not sure that they always swear you in at the

24 Oversight Committee if there is not a quorum.

1   Moundsville that serves Brooke, Hancock, Marshall,

2   Ohio and Wetzel counties was experiencing 50

3   percent officer shortage while the Western Regional

4   that serves Cabell, Lincoln, Mason, Putnam and

5   Wayne was experiencing 46 percent shortage of

6   correctional officers.  It's still a real struggle

7   to hire people right now, he said, despite efforts

8   to advertise for the position and get the word out

9   about jobs.  That is a major topic on our mind.

10  Starting hourly wage is $14.75.  That was as of

11  April 2022, correct?

12       A.  Yes.

13       Q.  And you note, It's a tough job.  Takes a

14  special person and you're paying what they're

15  paying down the road at the gas station.

16           Was there a bill in 2022 to raise

17  correctional officer pay?

18       A.  I don't remember specifically, there

19  probably was.

20       Q.  There was a bill in 2023 specifically

21  because the Governor mentioned it in the State of

22  the State specifically a bill to raise correctional

23  officer pay and some locality type pay or something

24  for the officers in the Eastern panhandle to

Brad Douglas - June 12, 2023                    32

1        Q.   Anyone else?

2        A.   Not that I know of.

3        Q.   So the two of you for the past few years

4    have been talking to the Legislature and it says,

5    Everybody we can talk to.  People within the

6    Governor's office?

7        A.   Our chain of command, yes.

8        Q.   Who is your chain on command?

9        A.   The Department of Homeland Security and

10   the Governor's office.

11       Q.   So that would be Commissioner Sandy here,

12   correct?

13       A.   Secretary Sandy.

14       Q.   Secretary.  My apologizes.

15            Secretary Sandy here, correct?

16       A.   Correct.

17       Q.   And who else within the Governor's office

18   were you talking to about the facilities were in

19   serious need of maintenance that's only getting

20   worse?

21       A.   I don't know specifically who all those

22   people would be.

23       Q.   Above him, Secretary Sandy, where does it

24   go from there?

Brad Douglas - June 12, 2023                33

1        A.   Well, there is Chief Abraham but there are
2   others but I'm not sure specifically at that point
3   in time who all those people were.
4        Q.   Brian Abraham, that's the Governor's Chief
5   of Staff, correct?
6        A.   Correct.
7        Q.   Did you or Ms. Jividen ever speak to the
8   Governor himself about the deferred maintenance?
9        A.   I don't know about Ms. Jividen, I did not.
10       Q.   So let's talk about deferred maintenance
11  at West Virginia jails.  You outlined here, The
12  list is of every project and maintenance needed in
13  every prison, jail and juvenile facility that does
14  not have allocated funding.
15            Tell me what you mean by that does not
16  have allocated funding?
17       A.   So we get specific allocations of funds
18  for specific projects sometimes.  And we also get a
19  flat amount for deferred maintenance every year
20  that we allocate or encumber for specific projects.
21  So there is a list of projects that have funds
22  allocated to them and are in various stages of
23  completion.  That deferred maintenance list I was
24  referring to here are maintenance projects that do

Brad Douglas - June 12, 2023                 34

1   not have allocated funding.

2         Q.  And how much does the State allocate for

3   deferred maintenance year in and year out?

4         A.  Every year we get $2 million for deferred

5   maintenance for our general revenue facilities

6   which is the prisons.  We get 250,000 for our

7   general revenue facilities, juvenile centers.  And

8   we do not get a specific allocation for the jails

9   because that's a special revenue system.

10        Q.  All right.

11        A.  We also get specific allocations for

12  specific projects occasionally.

13        Q.  Where would the money come from?  You said

14  it's a special revenue project, where would the

15  money have to come from to do the deferred

16  maintenance in the regional jails?

17        A.  So the jails are funded through several

18  funding streams.  The biggest one being the

19  operational fund that comes in from the per diem

20  from the counties.  But there are also funding

21  streams from things like commissary, inmate

22  telephones, et cetera.  So it has to come from one

23  of those sources.

24        Q.  I understand that.

Brad Douglas - June 12, 2023          35

1          So has there been a specific indication

2    like you've got 2 million in the budget for

3    prisons, 250 for juvenile facilities, has there

4    been any indication, hey look, we're going to tag X

5    number of dollars a year out of the jails funds to

6    catch up on deferred maintenance?

7          A.   Yeah.  We have an opportunity now through

8    the money that was previously a part of the bond

9    reserve since the bonds are paid off to use that

10   money for maintenance now.

11         Q.   Opportunity, when did that opportunity

12   arise?

13         A.   I don't believe it was this session, it

14   was the session before that.

15         Q.   And was there any money allocated out of

16   that bond revenue money that's freed up to do the

17   deferred maintenance at jails?

18         A.   We're in that process correctly.

19         Q.   In process currently.

20              Where in the process are you?

21         A.   I don't know specifically.

22         Q.   How much is looking at being allocated to

23   catch up on the deferred maintenance in

24   West Virginia's jails?

1  that's currently in the special fund, bond revenue

2  that you just told me about and get it down to 260

3  million and the State allocates in the budget

4  2,250,000 a year for deferred maintenance, correct?

5       A.  Correct.

6       Q.  How many years would it take to catch up

7  on the $260 million?

8       A.  I don't know.

9       Q.  All right.  Let's round it back to

10 2 million.  Two into 260 that's a hundred -- it

11 would take 130 years to catch up on the State's

12 deferred maintenance at the rate that the State

13 currently allocates money for it.  Is that a fair

14 statement?

15      A.  I don't believe that's a fair statement.

16 We have other --

17      Q.  What's unfair about it?

18      A.  Well, we have other ways of dealing with

19 some of that deferred maintenance.  We do a lot of

20 work ourself without bidding it out to outside

21 stuff.  So that number is a moving number all the

22 time.

23      Q.  Yeah.  According to this article it moved

24 from 150 to 277.  Over what period of time did it

Brad Douglas - June 12, 2023                    41

1          A.   Were the projects completed?

2          Q.   Yes.

3          A.   No.

4          Q.   So as we used to say in the army, hope is

5    not a planning tool, it is?

6          A.   No.

7          Q.   It says, you hoped to have -- the hoped to

8    have completed, did you hope to have the list

9    completed by the end of May or did you hope to have

10   the projects completed by the --

11         A.   That was -- I was referring to having the

12   presentation done by then.

13         Q.   Having the list done by the end of May.

14              And you're saying here, Our intentions to

15   analyze the top 10, 15 or 20 biggest critical

16   needs.  And at some point did the State get that

17   list of the top 10, 15, 20 biggest critical needs

18   put together?

19         A.   Yes.

20         Q.   What was done with that list?

21         A.   It was provided to the chain of command

22   and the legislature.

23         Q.   And by chain of command, you mean

24   Secretary Sandy here, correct?

1        A.   Correct.

2        Q.   At DHS.  Legislature, any specific

3   committees or did that just go to president of the

4   senate and speaker of the house or were there

5   specific committees that got it?

6        A.   I believe it was provided to our Oversight

7   Committee.

8        Q.   Oversight.  Okay.

9             And was there anybody else besides

10  Secretary Sandy here who got it and the Oversight

11  Committee?

12       A.   Not to my knowledge.

13       Q.   And what was done with the list for the

14  top 10, 15 or 20 most critical needs, biggest most

15  critical needs?

16       A.   We still have it and it serves as our

17  priority list for deferred maintenance projects.

18       Q.   How many things have been knocked off of

19  that list in the year, 13 months since that list

20  was compiled?

21       A.   I'm not sure.

22       Q.   What was the money needed to knock those

23  things off the list?

24       A.   That was about 60 million.

1          Q.   60 million.   And how much money were you

2     given?

3          A.   The amount that we talked about earlier.

4          Q.   17?

5          A.   Well, that and then the 2 million we get

6     every year, so.

7          Q.   17, 2 million, 250 -- so 19,250,000 when

8     you asked for 60 million, correct?

9          A.   Correct.

10         Q.   And we're not talking about -- I mean

11    obviously that's 60 of 227 million that needs spent

12    on all of the deferred maintenance, right?

13         A.   That 60 million is a subset of that other

14    number, yes.

15         Q.   Right.

16              And you've identified that as being 60

17    million the most critical, correct?

18         A.   Correct.

19         Q.   And is 27 of that 60 million locks --

20         A.   Doors, locks -- well, let me say it

21    differently.   Door locking controlling systems

22    which is not the same things, selective locks and

23    doors for the jails.

24         Q.   I understand that.

```
 1              MR. NEW:  Let' take a quick break.  We'll
 2    get through the rest of this.
 3              THE COURT:  This concludes part one.  The
 4    time is 10:51 a.m.
 5                 (Break in proceedings.)
 6              VIDEOGRAPHER:  This is the beginning of
 7    part two.  The time is 11:04 a.m.
 8    BY MR. NEW:
 9        Q.  Okay, we were talking about this critical
10    issues list on the deferred maintenance.  You asked
11    for sixty million, you got 19,250,000.  And I
12    understood you to say that 27 million is needed for
13    door locking control systems and doors and locks,
14    correct?
15        A.  Correct.
16        Q.  So it is fair to say that the 19,250,000
17    wasn't all spent on just door locking control
18    systems and doors and locks?
19        A.  Correct.
20        Q.  Do you know how much is needed -- I'm
21    sorry, how much was spent towards the 27 million
22    for the door locking and control systems and doors
23    and locks?
24        A.  How much was spent so far?
```

Brad Douglas - June 12, 2023                    45

1        Q.  Yes.

2        A.  I don't -- of the 17 million in the jail

3  fund, none so far.

4        Q.  Are there door locking control systems and

5  doors and locks deferred maintenance needs totaling

6  this 27 million dollars at every correctional

7  facility in the State of West Virginia?

8        A.  That 27 million represents the jails.

9        Q.  Jails.  So that would not include the

10  needs for door locking control systems, doors and

11  locks at prisons and juvenile facilities, correct?

12        A.  Correct.

13        Q.  Let's break each of the three of those

14  down then.  For the jails, is every jail to some

15  extent in need of doors, locks, door locking

16  control systems?

17        A.  Yes.

18        Q.  How many jails are there?

19        A.  Ten.

20        Q.  Same question with respect to prisons and

21  juvenile facilities.  To some extent, and I'm not

22  asking about the amount, is there a need for doors,

23  locks and door locking control systems at all of

24  West Virginia's prisons and juvenile facilities?

```
 1            MR. MURRAY:  Objection.  Go ahead.
 2            THE WITNESS:  If they're not sentenced to
 3    State prison, yes.
 4    BY MR. NEW:
 5         Q.  Right.
 6            If an inmate hasn't been sentenced to
 7    State prison yet, the obligation to feed, house,
 8    clothe that inmate is the responsibility of the
 9    county from which that inmate comes, correct?
10            MR. MURRAY:  Objection.
11    BY MR. NEW:
12         Q.  Is that your understanding?
13         A.  Through their per diem payments to the
14    regional jails.
15         Q.  But that --
16         A.  I'm not sure where that line is drawn.
17         Q.  The counties have contracted with the
18    State to house those inmates in these regional
19    jails, correct?
20            MR. MURRAY:  Objection.
21            THE WITNESS:  I don't know that.
22    BY MR. NEW:
23         Q.  Have you ever seen a contract between the
24    State of West Virginia and the counties or a
```

Brad Douglas - June 12, 2023                    49

1   Memorandum of Understanding or something?

2        A.  No.

3        Q.  The next paragraph down you say, There is

4   not much else we know to do.  We think we have

5   tapped out those savings.  We do not have an

6   opinion or a desire or how we solve the problem.

7   We just know as the DCR that we need the proper

8   money and funding to be able to operate the jail

9   safely.  Did I read that correctly?

10       A.  You did.

11       Q.  Is that the same on June the 12th of 2023

12  as it was when you were testifying before the

13  Interim Committee on Tuesday, April 26, 2022?

14       A.  Yes.

15       Q.  Senator Clements then asks you, When I

16  look at those numbers and you're down 61, 62

17  percent, how do you operate with those numbers.

18  And then you go on to describe the exhaustion of

19  the correctional officers that still work for the

20  State of West Virginia, correct?

21       A.  Correct.

22       Q.  And you mentioned earlier that, for

23  instance, in the Eastern panhandle that has as high

24  as 50, 60, I think I've seen you quoted or maybe

1  heard you on Hoppy or something recently that as

2  high as 70 percent vacancy of correctional officers

3  in the Eastern panhandle, correct?

4       A.  Correct.

5       Q.  And you mention in your earlier part of

6  your testimony getting officers to come from other

7  areas of the state to come over to the Eastern

8  panhandle and chip in, do overtime, correct?

9       A.  Correct.

10      Q.  You've now got National Guardsmen and

11 non-security personnel working at some of the

12 security posts inside the jails, correct?

13      A.  Correct.

14      Q.  That's not sustainable, is it,

15 Mr. Douglas?

16      A.  It is not.

17      Q.  Is there and has there been since 2019 a

18 high turnover rate of the State's correctional

19 officers in the regional jails?

20      A.  Yes.

21      Q.  What's the average turnover rate in each

22 jail?

23      A.  I don't know.  I don't have that number.

24      Q.  That number is easy for us to ascertain

Brad Douglas - June 12, 2023          52

1       A.  We have.

2       Q.  For how many years have you brought that?

3       A.  Several.  And much progress has been made

4  but not comparing to the other jurisdictions.

5       Q.  And I think that I had read you quoted as

6  saying that the pay raises in 2018 you called them

7  historical.  Tell me what you meant by that when

8  you called those pay raises for correctional

9  officers historical?

10      A.  Up to that point, the starting salary for

11  correctional officer was around 22,000 I think.

12  Secretary Sandy got them a dollar raise by using

13  some unfunded positions, and then the Governor's

14  $6000, 2-2-2 raise along with a of couple of across

15  the boards that we also benefit from and a Board

16  proposal to the Division of Personnel bought the

17  starting salary up to, I believe it was 30,000 all

18  tolled right after that and that made a large

19  difference.

20      Q.  And I appreciate that.  The correctional

21  officers -- is it fair to say that at 10 to $11 an

22  hour for starting pay that was horribly underpaid

23  at that point, right?

24      A.  Correct.

Brad Douglas - June 12, 2023          54

1        A.   Yeah, it would be time and a half.

2        Q.   Time and a half.

3             Has there been resistance to a thought of

4    further raising -- I mean obviously there is

5    resistance because the Governor sent a bill to

6    Legislature this year to raise correctional officer

7    pay yet again, correct?

8        A.   The Governor sent a bill related to

9    locality pay to the Legislature this year.

10       Q.   Where is the resistance coming from in

11   terms of raising correctional officer pay yet again

12   to make West Virginia competitive and address this

13   understaffing at our jails?

14       A.   My belief is that there is not resistance.

15   It's just trying to get on the same page with how

16   to do it, but that's my belief.

17       Q.   And so we talked about pay and workload.

18   It's unsustainable to ask officers -- for instance,

19   if you're a correctional officer, as an example, at

20   North Central and you do 40 hours at North Central,

21   and then you go out on a weekend or something and

22   do 16 or 20 out in the Eastern panhandle, just

23   using that as an example, that example isn't out of

24   the ordinary for the State of West Virginia; is the

Brad Douglas - June 12, 2023          55

1  not?

2       A.  I don't believe that's typically how we do

3  it but just going on your example, I understand.

4       Q.  And that example that I gave you of an

5  officer doing 40 at North Central then going out to

6  the Eastern panhandle and doing another 16 or 20

7  over the weekend, that's not sustainable for that

8  correctional officer?

9       A.  That would not be sustainable.

10      Q.  And that's the type of increased workload

11 that you're talking about, isn't it?

12      A.  Correct.

13      Q.  And last part of this Senator Clements

14 asked you, Do you feel like you've ever gotten to

15 the point where security has became an issue and

16 you said, Um, I feel that we will inevitability get

17 to that point if we're not there already.  Tell me

18 what you meant by that?

19      A.  Exactly what I said.

20      Q.  What is the about correctional officer

21 shortage in the regional jails that affects the

22 security of those places?

23      A.  Those facilities depend on staff and

24 security staff to operate them -- operate them

Brad Douglas - June 12, 2023                    68

```
 1   here.
 2          The additional 10 would have cost 7 and a
 3   half million, right?
 4       A.  That would just be for the vacancy
 5   openings.
 6       Q.  Right.  That would be for the vacancy and
 7   that's just the additional 10?
 8       A.  That sounds right.
 9       Q.  And if you paid 750 officers 40,000 -- 30
10   million would pay 750 officers starting salary of
11   40,000, right?
12       A.  That sounds right.
13       Q.  Not to mention the difference -- would you
14   have to escalate up other officer pay as well then?
15          I mean, you couldn't very well have a 10
16   year or 15 year officer making 35, bring in a new
17   guy that makes 40, you'd have to escalate their pay
18   up some, correct?
19       A.  Correct.  You'd estimate it based on how
20   many total CO positions we have.
21       Q.  Which I think I read a moment ago, 3800.
22   What's the cost of getting officer pay to what it
23   needs to be whether for the vacancies or the
24   roughly 2800 that you have now?
```

Brad Douglas - June 12, 2023                    69

1         A.  I don't have that number right in front of
2    me and it's real complex depending on how you go
3    about doing it.
4         Q.  I have talked to some legislators that
5    estimate that about 55 million is needed to fix the
6    officer pay situation.  Do you have any reason to
7    disagree with that number?
8         A.  I would just state that that might have
9    been related to the bill that they had.
10        Q.  But with 55 or 60 million dollars, you
11   could give the 2800 officers that you have now a
12   raise in pay, correct?
13        A.  You bet.
14        Q.  And you could be competitive in hiring the
15   750 or so that you need, correct?
16        A.  That would be correct.
17        Q.  So let's do some kind of math here that we
18   can understand, easy math.  If you -- if the State
19   of West Virginia spent $60 million on correctional
20   officers and say $250 million on maintenance, $310
21   million, wouldn't a lot of the issues facing
22   West Virginia's jails be greatly improved, if not
23   go away?
24             MR. MURRAY:  Objection.

1              THE WITNESS:  I would agree they would be

2     greatly improved.

3     BY MR. NEW:

4         Q.  I mean the 60 million spent on

5     correctional officers would make your current 2800

6     correctional officers competitive in their pay and

7     reward their dedication.  You could more easily

8     recruit the 750 that you're missing, correct?

9         A.  Speaking in general numbers because that

10    2800 is total -- that's all our positions, not just

11    officers.

12        Q.  I got you.

13             I mean, you could give raises to the

14    maintenance staff and to the clerical staff?

15        A.  Correct.

16        Q.  And all the other people that have shown

17    their dedication to the State of West Virginia and

18    its correctional system, correct?

19        A.  Correct.

20        Q.  And the $250 million in maintenance, that

21    would get you close in catching up on years worth

22    of deferred maintenance, correct?

23        A.  Correct.

24        Q.  While we are talking dollars, what does it

Brad Douglas - June 12, 2023                    75

1    correct?  I mean within 2500 bucks.

2        A.  Correct.

3        Q.  And then if you go down a couple more

4    paragraphs, says, Lawmakers will consider the bill

5    during the 60 day legislative session to provide

6    more funding.

7            And do you see that?

8        A.  Yes.

9        Q.  Did that bill ever get introduced the one

10   that's referenced in this Inter-Mountain article?

11       A.  I don't believe it did.

12       Q.  Was there a reason for that?

13       A.  I don't know.  Not to my knowledge.

14       Q.  Has there seemed to be a resistance on the

15   part of State Legislature to take up the bill

16   that's mentioned here, not just the locality one

17   but this one that's talking about an increase in

18   the base salary for correctional officers based on

19   years of service, 600 increase for the first five

20   years, 600 increase every three years thereafter?

21           MR. MURRAY:  Objection.

22           THE WITNESS:  I don't see it as

23   resistance.  I think this is what preceded the bill

24   that initially got -- that eventually got

Brad Douglas - June 12, 2023                    76

1    introduced.

2    BY MR. NEW:

3         Q.   The Governors's office seems to want

4    correctional officers to get a pay increase,

5    correct?

6         A.   Correct.

7         Q.   If the Governor wants it and there is

8    money in the budget for it, why isn't it happening?

9              MR. MURRAY:   objection.

10             THE WITNESS:   Brad's opinion is, like I

11   said earlier, just it's a matter of figuring out

12   how to do it.

13   BY MR. NEW:

14        Q.   In all fairness, the money is there,

15   correct?

16             I mean this State has a budget surplus.

17        A.   That's correct.

18        Q.   So it's not as if that the money to spend

19   looking at the 310 million that we talked about

20   earlier, 60 million for correctional officers and

21   their pay, 250 million for deferred maintenance.

22   There is more than that in the State's budget

23   surplus as of today, correct?

24        A.   That's my understanding.

1      Q.  I understand that.

2          And the locks, doors, and locking

3  mechanism were in that 60, correct?

4      A.  Yes.

5                  (Exhibit No. 11 marked for

6                  identification.)

7  BY MR. NEW:

8      Q.  All right.  Again, you're talking to the

9  Legislature about how the officers are exhausted

10  and you state you're working your people to death

11  and they're quitting because of that, correct?

12      A.  Correct.

13      Q.  And so you here in this January 19, 2023,

14  article from Metro News is attributing at least in

15  great part the high turnover rate to the working of

16  the people to death, the current staff in the

17  State's jails, correct?

18      A.  Yes.

19      Q.  And Delegate David Kelly says, A pay hike

20  is the most direct way to address the problems, do

21  you agree or disagree with that?

22      A.  I agree.

23      Q.  And then he also says, Recruiting is one

24  thing, but retention is something else.  And that's

1   is none of those that you would disagree with?

2        A.   No.

3        Q.   Highest priority is the protection of the

4   public, staff and offenders through the highest

5   degree of professional performance at all times.

6   That's pretty basic, isn't it?

7        A.   Yeah.

8        Q.   Third bullet, We correct offender behavior

9   first and foremost by modeling appropriate

10  behavior.  That -- and by there the "we" is the

11  personnel employed by the Division of Corrections

12  and Rehabilitation, right?

13       A.   That's correct.

14       Q.   Fifth bullet down, We treat all employees,

15  the public and offenders with fairness, honesty,

16  consideration and dignity while recognizing

17  diversity.  That's pretty decent and pretty basic

18  and pretty important, it is not?

19       A.   It is.

20       Q.   Do you believe that DOCR is currently

21  providing safe, secure, humane conditions in its

22  jails?

23       A.   I do.

24       Q.   And tell me upon what you base that

Brad Douglas - June 12, 2023                    135

1    West Virginia?

2        A.  I don't believe so.  It was frozen at

3    consolidation but it actually had been 48.25 for a

4    quite a few days prior to that.

5        Q.  And as I understand your testimony and

6    I've seen from the news articles, you all -- your

7    Agency moving State prisoners from jails into

8    prisons has improved greatly in about the past year

9    or so, correct?

10       A.  Correct.

11       Q.  And although 7 of your 10 jails are still

12   over capacity, they are not as bad as they were in

13   about mid '22, is that a fair statement?

14       A.  Absolutely.

15       Q.  And take a look at the page 45 that you

16   have there.

17       A.  Okay.

18       Q.  We've established -- do you have any

19   reason to disagree with the capacity of Southern

20   Regional Jail is 468 inmates?

21       A.  Correct.

22       Q.  And if you look at the average daily

23   inmate population by fiscal year, at no point from

24   fiscal year '10 to fiscal year '19 is Southern

Brad Douglas - June 12, 2023                    136

1   Regional Jail at 468 or under, is it?

2        A.   No.

3        Q.   It is safe to say that the State of

4   West Virginia has known for over a decade that the

5   Southern Regional Jail is overcrowded?

6        A.   Yes.

7        Q.   And you in your various positions whether

8   it's been as chief of staff or the director of

9   research and information technology, whatever

10  position you've had, you yourself have known that

11  the South Regional has been overcrowded, correct?

12       A.   I would say that's true since

13  consolidation.

14       Q.   Yes.

15            Does overcrowding pose a risk of harm to

16  inmates?

17       A.   It contributes to the safety and security

18  of the facility.

19       Q.   That's also -- there is implied in that a

20  risk of harm to inmates?

21       A.   Yes.

22       Q.   Overcrowding makes a facility less safe

23  than it could be, does it not?

24       A.   Yes.

Brad Douglas - June 12, 2023          140

1    or what was the COVID impact on the number of

2    admissions and releases?

3         A.  I think it impacted law enforcement

4    practices.  For sure there was less arrestees

5    coming in the back of the jail.  Magistrates and

6    judges were doing their jobs differently.  And it

7    changed as the lock downs -- the lock downs

8    happened and unhappened and things, so it kind of

9    went back and forth.

10        Q.  And do you have page 40 as well, sir?

11        A.  I do.

12        Q.  And when you look at inmates committed to

13   DCR waiting county regional jails for bed space at

14   DCR facilities, is that part of the backlog that we

15   were talking about earlier?

16        A.  That first column there?

17        Q.  Yes.

18        A.  Yes.

19        Q.  For instance, there were 128 males and 21

20   females who were awaiting transfer to prison,

21   correct?

22        A.  Correct.

23            MR. MURRAY:  Out of Southern Regional

24   Jail?