IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

THOMAS SHEPPHEARD, et al.,

    Plaintiffs,

v.                                                      CIVIL ACTION NO. 5:23-cv-00530

JAMES C. JUSTICE, JR., et al.,

    Defendants.

## CLERK'S ORDER

For reasons appearing to the court, this action is hereby REASSIGNED from the docket of the Honorable Joseph R. Goodwin, United States District Judge, to the Honorable Irene C. Berger, United States District Judge.

Copies of this Order shall be forwarded by the Clerk to Judge Goodwin, Judge Berger, and counsel of record.

DATED: September 6, 2023

_____
RORY L. PERRY II, Clerk of Court