IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

**THOMAS SHEPPHEARD,**
**TYLER RANDALL, and**
**ADAM PERRY, next friend and guardian**
of Minor child J.P., on their own behalf
and on behalf of all others similarly situated,

      Plaintiffs,

v.                                                                                    Case No.: 5:23-cv-00530

**JAMES C. JUSTICE,** his official capacity
as Governor of the State of West Virginia, and
**MARK SORSAIA,** in his official capacity as
The Cabinet Secretary of the West Virginia
Department of Homeland Security,

      Defendants.

### ORDER

Pending before the Court are Plaintiffs' Motion to Compel Defendant Justice to Respond Fully and Adequately to Discovery, (ECF No. 53); Plaintiffs' Motion to Compel Defendant Sorsaia to Respond Fully and Adequately to Discovery, (ECF No. 54); Plaintiffs' Motion to Deem Admitted Defendant James C. Justice, Jr.'s Responses to Requests for Admission, (ECF No. 55); and Plaintiffs' Motion to Deem Admitted Defendant Mark Sorsaia's Responses to Request for Admission. (ECF No. 56). It is hereby **ORDERED** that a hearing on the motions shall take place before the undersigned United States Magistrate Judge on **Friday, May 31, 2024** at **1:30 p.m.,** Courtroom 102, Sidney L. Christie Federal Building and Courthouse, 845 Fifth Avenue, Huntington, West Virginia.

The Clerk is instructed to provide a copy of this Order to all counsel of record and any unrepresented parties.

**ENTERED:** May 16, 2024

_____
Cheryl A. Eifert
United States Magistrate Judge