IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

THOMAS SHEPPHEARD,
TYLER RANDALL, and
ADAM PERRY, next friend and guardian
of Minor child J.P., on their own behalf
and on behalf of all others
similarly situated,

    Plaintiffs,

v.     Civil Action No. 5:23-cv-00530
      Judge Irene C. Berger

JAMES C. JUSTICE JR., his official capacity
as Governor of the State of West Virginia, and
MARK SORSAIA, in his official capacity
as the Cabinet Secretary of the West Virginia
Department of Homeland Security,

    Defendants.

## STIPULATION ON DISCOVERY

The parties stipulate that all written discovery requests (past and future) made by Defendant Sorsaia to Plaintiffs are to be treated as if also made by Defendant Justice, and that all of Plaintiffs' responses to Defendant Sorsaia in response to those requests (past and future) are to be treated as if also being made in response to Defendant Justice.

*Prepared by:*

/s/ Michael B. Hissam
Michael B. Hissam (WVSB #11526)
J. Zak Ritchie (WVSB #11705)
Maureen F. Gleason (WVSB #14452)
HISSAM FORMAN DONOVAN
  RITCHIE PLLC
P.O. BOX 3983
Charleston, WV 25339
mhissam@hfdrlaw.com

*Agreed to by:*

/s/ Stephen P. New
Stephen P. New (WVSB# 7756)
Emilee B. Woolridge (WVSB #14310)
STEPHEN NEW & ASSOCIATES
430 Harper Park Drive
Beckley, WV 25801
Tel. 304-250-6017
Fax: 304-250-6012
steve@newlawoffice.com

zritchie@hfdrlaw.com
mgleason@hfdrlaw.com
*Counsel for Defendant James C. Justice, Jr.*

Timothy Lupardus (WVSB #6252)
THE LUPARDAS LAW OFFICE
275 Bearhole Road
Pineville, WV 24874
office@luparduslaw.com

Zachary Whitten (WVSB #13709)
THE WHITTEN LAW OFFICE
P.O. Box 753
Pineville, WV 24874
zwhittenlaw@gmail.com

Robert Dunlap (WVSB #10012)
ROBERT DUNLAP & ASSOCIATES
208 Main Street
Beckley, WV 25801
rdunlapesq@gmail.com
*Counsel for Plaintiffs*