# Courtroom Minute Entry

**Room:** Huntington  **Case No.:** 5:23-cv-00530  **Type:** Civil
**Caption:** Sheppheard et al v. Justice et al  **Judge:** Cheryl A. Eifert

**Started:** 5/31/2024 1:26:03 PM
**Ends:** 5/31/2024 2:52:37 PM   **Length:** 01:26:35

Judge: Cheryl A. Eifert
Courtroom Deputy: Sara May
Law Clerk: Dominique Estes
Plaintiffs' Counsel: Stephen P. New
Defendant Sorsaia's Counsel: Natalie Schaefer, Caleb David, Kimberly Bandy
Defendant Justice's Counsel: Michael B. Hissam, Maureen Gleason

**MOTION HEARING**

| Time | Event |
|---|---|
| **1:30:12 PM** | Called case, noted appearances of counsel |
| **1:30:28 PM** | Parties discuss discovery issues |
| **2:41:41 PM** | Parties discuss #55 and #56 Motions to Deem Admitted Defendants' Responses to Requests for Admission |
| **2:52:20 PM** | Hearing Adjourned |