*(Rev. 12/2023)*
*Please Read Instructions on Page 2.*

# TRANSCRIPT ORDER FORM

## 1. REQUESTOR'S INFORMATION

| NAME | TELEPHONE NUMBER |
|---|---|
| Maureen F. Gleason, Esq. | (681) 265-3802 |

| DATE OF REQUEST | EMAIL ADDRESS *(Transcript will be emailed to this address.)* |
|---|---|
| June 3, 2024 | mgleason@hfdrlaw.com; hsealey@hfdrlaw.com |

| MAILING ADDRESS | CITY, STATE, ZIP CODE |
|---|---|
| PO Box 3983 | Charleston, WV 25339 |

## 2. TRANSCRIPT REQUESTED

NAME OF COURT REPORTER

**OR** CHECK HERE ✔ IF HEARING WAS RECORDED ELECTRONICALLY (CourtSmart)

| CASE NUMBER | CASE NAME | JUDGE'S NAME |
|---|---|---|
| 5:23-cv-530 | Sheppheard, et al. v. Justice, et al. | Hon. Cheryl A. Eifert |

| DATE OF PROCEEDING | TYPE OF PROCEEDING | LOCATION OF PROCEEDING |
|---|---|---|
| May 31, 2024 | Motion Hearing | Huntington |

REQUEST IS FOR: *(Select one)* ✔ FULL PROCEEDING **OR** ☐ SPECIFIC PORTION *(Must specify below)*

SPECIFIC PORTION(S) REQUESTED *(If applicable):*

ADDITIONAL INSTRUCTIONS TO AID IN PREPARATION OF THE TRANSCRIPT:

## 3. TYPE OF TRANSCRIPT REQUESTED

| Transcript Type | Original | First Copy to Each Party | Each Add'l Copy |
|---|---|---|---|
| **30-Day Transcript (Ordinary)**: A transcript to be delivered within thirty (30) days after receipt of order. | ☐ $4.00 | ☐ $1.00 | ☐ $0.60 |
| **14-Day Transcript**: A transcript to be delivered within fourteen (14) days after receipt of order. | ☐ $4.70 | ☐ $1.00 | ☐ $0.60 |
| **7-Day Transcript (Expedited):** A transcript to be delivered within seven (7) days after receipt of order. | ☐ $5.35 | ☐ $1.00 | ☐ $0.60 |
| **3-Day Transcript**: A transcript to be delivered within three (3) days after receipt of order. | ✔ $6.00 | ☐ $1.20 | ☐ $0.75 |
| **Next-Day Transcript (Daily)**: A transcript to be delivered prior to the normal opening hour of the Clerk's Office on the calendar day following receipt of the order, regardless of whether or not that calendar day is a weekend or holiday. | ☐ $6.70 | ☐ $1.35 | ☐ $0.90 |
| **CD of electronically recorded proceeding** | ☐ $34.00 | | |

**Maximum Rate Per Page**

## 4. CERTIFICATION: By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE | SIGNATURE |
|---|---|
| 6/3/24 | /s/ Maureen F. Gleason |