IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

THOMAS SHEPPHEARD,
TYLER RANDALL, and
ADAM PERRY, next friend and guardian
of Minor child J.P., on their own behalf
and on behalf of all others similarly situated,

    Plaintiffs,

v.                                  Case No.: 5:23-cv-00530

JAMES C. JUSTICE, his official capacity
as Governor of the State of West Virginia, and
MARK SORSAIA, in his official capacity as
The Cabinet Secretary of the West Virginia
Department of Homeland Security,

    Defendants.

## ORDER

It is hereby **ORDERED** that a status conference and motions hearing shall take place before the undersigned United States Magistrate Judge on **Thursday, June 20, 2024** at **1:30 p.m.,** Courtroom 102, Sidney L. Christie Federal Building and Courthouse, 845 Fifth Avenue, Huntington, West Virginia.

The Clerk is instructed to provide a copy of this Order to all counsel of record and any unrepresented parties.

**ENTERED:** June 4, 2024

Cheryl A. Eifert
United States Magistrate Judge