*(Rev. 12/2023)*
**Please Read Instructions on Page 2.**

# TRANSCRIPT ORDER FORM

## 1. REQUESTOR'S INFORMATION

| NAME | TELEPHONE NUMBER |
|---|---|
| Stephen P. New, Esq. | 304-250-6017 |

| DATE OF REQUEST | EMAIL ADDRESS *(Transcript will be emailed to this address.)* |
|---|---|
| June 4, 2023 | steve@newlawoffice.com; erin@newlawoffice.com; emilee@newlawoffice.com |

| MAILING ADDRESS | CITY, STATE, ZIP CODE |
|---|---|
| 430 Harper Park Drive | Beckley, WV 25801 |

## 2. TRANSCRIPT REQUESTED

**NAME OF COURT REPORTER**

**OR** CHECK HERE ✓ IF HEARING WAS RECORDED ELECTRONICALLY (CourtSmart)

| CASE NUMBER | CASE NAME | JUDGE'S NAME |
|---|---|---|
| 5:23-cv-530 | Sheppheard, et al v. Justice, et al. | Hon. Cheryl A. Eifert |

| DATE OF PROCEEDING | TYPE OF PROCEEDING | LOCATION OF PROCEEDING |
|---|---|---|
| May 31, 2024 | Motion Hearing | Huntington |

REQUEST IS FOR: *(Select one)*  ✓ FULL PROCEEDING  **OR**  ☐ SPECIFIC PORTION *(Must specify below)*

SPECIFIC PORTION(S) REQUESTED *(If applicable)*:

ADDITIONAL INSTRUCTIONS TO AID IN PREPARATION OF THE TRANSCRIPT:

## 3. TYPE OF TRANSCRIPT REQUESTED

| Transcript Type | Original | First Copy to Each Party | Each Add'l Copy |
|---|---|---|---|
| **30-Day Transcript (Ordinary)**: A transcript to be delivered within thirty (30) days after receipt of order. | ☐ $4.00 | ☐ $1.00 | ☐ $0.60 |
| **14-Day Transcript**: A transcript to be delivered within fourteen (14) days after receipt of order. | ☐ $4.70 | ☐ $1.00 | ☐ $0.60 |
| **7-Day Transcript (Expedited)**: A transcript to be delivered within seven (7) days after receipt of order. | ☐ $5.35 | ☐ $1.00 | ☐ $0.60 |
| **3-Day Transcript**: A transcript to be delivered within three (3) days after receipt of order. | ✓ $6.00 | ☐ $1.20 | ☐ $0.75 |
| **Next-Day Transcript (Daily)**: A transcript to be delivered prior to the normal opening hour of the Clerk's Office on the calendar day following receipt of the order, regardless of whether or not that calendar day is a weekend or holiday. | ☐ $6.70 | ☐ $1.35 | ☐ $0.90 |
| **CD of electronically recorded proceeding** | ☐ $34.00 | | |

## 4. CERTIFICATION: By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE | SIGNATURE |
|---|---|
| 06/04/2024 | /s./ Maureen F. Gleason |

## **GENERAL INSTRUCTIONS**

This form is used to order the transcription of proceedings. **COMPLETE A SEPARATE ORDER FORM FOR EACH CASE NUMBER AND FOR EACH COURT REPORTER FROM WHOM TRANSCRIPTS ARE ORDERED.**

> **CJA Counsel.** CJA Counsel must complete an AUTH-24 in eVoucher to obtain approval for the transcript.
>
> **Appeal.** If the case is on appeal, visit https://www.ca4.uscourts.gov/ for transcript instructions. The transcript will need to be ordered through the United States Court of Appeals using their order form.

**Completion**. Complete Sections 1 – 4 in full.

**Submitting to the Court.**

> **Attorney** – e-File the order form to the appropriate case in CM/ECF. *The form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.*
>
> **Non-Attorney/Private Party** – Mail the order form to the Clerk's Office, U.S. District Court, 300 Virginia Street, East, Room 2400, Charleston, West Virginia 25301.

**Transcript Fee**. The Court Reporter will notify you of the amount of the required deposit fee which may be mailed or delivered to the court. Upon receipt of the deposit, the court reporter will process the order.

**CD Fee**. Upon receipt of payment of the CD fee, the Clerk's Office will process the order. Payment may be made by mailing a check or money order to Clerk's Office, U.S. District Court, 300 Virginia Street, East, Room 2400, Charleston, West Virginia 25301, or credit card by calling the Clerk's Office at 304-347-3000.

**Delivery Time**. Delivery time is computed from the date of receipt of the deposit fee or, for transcripts ordered by the federal government, from the date of receipt of the electronic notification.

**Completion of Order**. The court reporter will notify you when the transcript is completed.

**Balance Due**. If the deposit fee was insufficient to cover all charges, the court reporter will notify you of the balance due, which must be paid prior to delivery of the transcript.