IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

THOMAS SHEPPHEARD,
TYLER RANDALL, and
ADAM PERRY, next friend and guardian
of Minor child J.P., on their own behalf
and on behalf of all others similarly situated,

    Plaintiffs,

v.                                                Case No.: 5:23-cv-00530

JAMES C. JUSTICE, his official capacity
as Governor of the State of West Virginia, and
MARK SORSAIA, in his official capacity as
The Cabinet Secretary of the West Virginia
Department of Homeland Security,

    Defendants.

## ORDER

Pending is Defendant Mark Sorsaia's Motion for Leave to Take the Deposition of Plaintiffs Thomas Sheppheard and Tyler Randall, Incarcerated Individuals. (ECF No. 107). The Court having been informed that none of the other parties to this action object to the motion, and for good cause shown, the Court **GRANTS** the Motion. Defendant Sorsaia shall be responsible for making the arrangements with the Mount Olive Correctional Complex and the Salem Correctional Center, or any other facility that may house Plaintiffs at the relevant time, to take the deposition. It is so **ORDERED**.

The Clerk is directed to provide a copy of this Order to counsel of record; the Warden, Mount Olive Correctional Complex; the Warden, Salem Correctional Center, and to any unrepresented party.

**ENTERED:** June 11, 2024

_____
Cheryl A. Eifert
United States Magistrate Judge