# Courtroom Minute Entry

**Room:** Huntington  **Case No.:** 5:23-cv-00530  **Type:** Civil
**Caption:** Thomas Sheppheard et al v. James C. Justice, Jr. et al  **Judge:** Cheryl A. Eifert

**Started:** 6/20/2024 1:29:23 PM
**Ends:**    6/20/2024 2:28:26 PM       **Length:** 00:59:04

    Judge: Cheryl A. Eifert
    Courtroom Deputy: Marsha Wilson
    Law Clerk: Jenna Hess
    Plaintiffs' counsel: Stephen P. New
    Defendant Justice's counsel: Michael B. Hissam, Maureen Gleason
    Defendant Sorsaia's counsel: Natalie C. Schaefer, Caleb B. David

**STATUS CONFERENCE AND MOTIONS HEARING**

| Time | Event |
|---|---|
| 1:31:22 PM | Called case, noted appearances of counsel |
| 1:31:32 PM | Judge: Cheryl A. Eifert |
| 1:31:42 PM | The parties discuss discovery issues |
| 1:34:15 PM | The parties discuss the pending discovery motions and discovery deadlines |
| 2:28:14 PM | Hearing Adjourned |