IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

THOMAS SHEPPHEARD, et al.,

        Plaintiffs,

v.                              CIVIL ACTION NO. 5:23-cv-00530

JAMES C. JUSTICE, JR., et al.,

        Defendants.

**JUDGMENT ORDER**

In accordance with the order granting the Defendants' motions to dismiss, the Court **ORDERS** that this case be dismissed and stricken from the docket.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and to any unrepresented party.

        ENTER:    July 2, 2024

*Irene C. Berger*
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA