IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

**THOMAS SHEPPHEARD,**
**TYLER RANDALL, and**
**ADAM PERRY,** next friend and guardian
of Minor child J.P., on their own behalf
and on behalf of all others
similarly situated,

    Plaintiffs,

v.                                                                      Civil Action No. 5:23-cv-00530
                                                                        Judge Irene C. Berger

**JAMES C. JUSTICE JR.,** his official capacity
as Governor of the State of West Virginia, and
**MARK SORSAIA,** in his official capacity
as the Cabinet Secretary of the West Virginia
Department of Homeland Security,

    Defendants.

## NOTICE OF APPEAL

Plaintiffs hereby appeal to the United States Court of Appeals for the Fourth Circuit the Memorandum and Opinion Order granting Defendants Mark Sorsaia and Governor Justice's Motions to Dismiss [ECF No. 135] and the Judgment Order [ECF 136].

        **PLAINTIFFS,**

        **By Counsel**

        */s/ Stephen P. New*
        Stephen P. New (WVSB No. 7756)
        Stephen New & Associates
        430 Harper Park Drive
        Beckley, West Virginia 25801
        Ph: (304) 250-6017
        Fax: (304) 250-6012
        steve@newtaylorlaw.com

        Timothy Lupardus (WVSB No. 6252)
        The Lupardus Law Office
        275 Bearhole Road

Pineville, West Virginia 24874
(304) 732-0250
office@luparduslaw.com

Zachary Whitten (WVSB No. 13709)
The Whitten Law Office
P.O. Box 753
Pineville, West Virginia 24874
zwhittenlaw@gmail.com

Robert Dunlap (WVSB No. 10012)
Robert Dunlap & Associates
208 Main Street
Beckley, West Virginia 25801
(304) 255-4762
robertdunlapesq@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

| | |
|---|---|
| THOMAS SHEPPHEARD, <br> TYLER RANDALL, and <br> ADAM PERRY, next friend <br> and guardian of Minor child J.P., <br> on their own behalf and on behalf <br> of all others similarly situated, <br><br>     Plaintiffs, <br><br> v. <br><br> JAMES C. JUSTICE JR., <br> in his official capacity as Governor of <br> the State of West Virginia, and <br> MARK SORSAIA, in his official <br> capacity as the Cabinet Secretary <br> of the West Virginia Department <br> of Homeland Security, <br><br>     Defendants. | Civil Action No. 5:23-cv-00530 <br> (Judge Berger) |

## CERTIFICATE OF SERVICE

    Undersigned counsel for Plaintiffs does hereby certify that the foregoing *Notice of Appeal* was filed with the clerk on July 16, 2024 via the Court's CM-ECF Filing System which will provide electronic notification to all counsel of record.

                                                    */s/ Stephen P. New*
                                                    Stephen P. New (WVSB No. 7756)