FILED: July 18, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-6691
(5:23-cv-00530)

_____

THOMAS SHEPPHEARD; TYLER RANDALL; ADAM PERRY, next friend and guardian of Minor child; J. P., on their own behalf and on behalf of all others similarly situated

        Plaintiffs - Appellants

v.

JAMES C. JUSTICE, JR., his official capacity as Governor of the State of West Virginia; MARK SORSAIA, in his official capacity as the Cabinet Secretary of the West Virginia Department of Homeland Security

        Defendants - Appellees

_____

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Southern District of West Virginia at Beckley |
| Originating Case Number | 5:23-cv-00530 |
| Date notice of appeal filed in originating court: | 07/16/2024 |
| Appellants | Thomas Sheppheard, Tyler Randall, and Adam Perry, next friend and guardian of minor plaintiff J.P. |
| Appellate Case Number | 24-6691 |
| Case Manager | Emily Borneisen<br>804-916-2704 |